IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   11-cv-00200-PAB-MEH | Date:   August 8, 2011 |
| Courtroom Deputy:   Cathy Coomes | **FTR – Courtroom A501** |

JOE BROWN,                                           *Pro Se* (by telephone)

      Plaintiff,

v.

MR. HENDRICKS and                          William Pharo
MR. SHORTNER,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC PRELIMINARY SCHEDULING/STATUS CONFERENCE**

**Court in session:**     9:49 a.m.

Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.  Mr. Pharo states that he intends to file an amended motion to dismiss.

Discussion regarding Plaintiff filing an amended complaint.  Mr. Pharo states that he has no objection to Plaintiff filing an amended complaint.

**ORDERED:**   1.     Plaintiff shall file a Motion for Leave to File First Amended Complaint on or before **September 15, 2011.**

                   2.     On oral motion by Mr. Pharo, Defendants' Motion to Dismiss is WITHDRAWN.

**Court in recess:**     10:01 a.m.     (Hearing concluded)
**Total time in Court:** 0:12