IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00200-PAB-MEH

JOE BROWN,

    Plaintiff,

v.

MR. HENDRICKS, and
MR. SHORTNER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 3, 2011.**

    In the interest of justice and having no objection from the Defendants, the Plaintiff's Motion to Ask for Leave to Amend Complaint in Accordance with Fed. R. Civ. P. 15 [filed October 14, 2011; docket #43] is **granted**. The tendered Second Amended Complaint, found at docket #47, is accepted as filed.

    Before the Court is Defendants' Motion to Dismiss the Plaintiff's Second Amended Complaint [docket #49]. Pursuant to D.C. Colo. LCivR 7.1C, the Plaintiff shall file a response to the motion **on or before November 23, 2011**, and the Defendants may file a reply in support of the motion within fourteen (14) days after the response is served.