IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00200-PAB-MEH

JOE BROWN,

      Plaintiff,

v.

MR. HENDRICKS, and
MR. SHORTNER,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2011.**

      The Motion by Plaintiff Ordering to Add Party Defendant and Motion Compelling the Court for Joinder of Party Pursuant to Fed. R. Civ. P. 19(a)(2) [filed November 28, 2011; docket #53] is **denied without prejudice**. Plaintiff seeks to add Federal Prison Industries as a defendant in this action arguing only that it "is in authority over those defendant's [sic] listed above, and needs to be held liable for this act of Discrimination of a handicapped person." Plaintiff invokes Fed. R. Civ. P. 19(a)(2) in support of his request; however, the Plaintiff fails to provide sufficient information for the Court to determine whether joinder of this entity is "required," or construing the motion liberally, to determine whether joinder would be "permitted" under Fed. R. Civ. P. 20(a)(2). Moreover, the proposed amended pleading attached to the motion appears to be simply a copy of the current operative pleading in this case with "Federal Prison Industries" added as a defendant; in fact, the proposed document contains the same signature and date as the current Amended Complaint. *Compare* docket #53-1 at 8 *with* docket #47 at 8. Thus, the proposed pleading provides no further information supporting Plaintiff's request for joinder.