IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00200-PAB-MEH

JOE BROWN,

    Plaintiff,

v.

JACK CANTRELL, Director of UNICOR, and
HARLEY LAPPIN, Director of the Bureau of Prisons,

    Defendants.

---

## ORDER FOR SUPPLEMENTAL BRIEFING
---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Defendants' Motion to Dismiss [docket #49], Plaintiff's response to the motion and a reply brief from the Defendants. The Court notes that neither party addresses the Tenth Circuit's opinion in *Williams v. Meese*, 926 F.2d 994 (10th Cir. 1991) and its progeny. Because the opinion appears to be relevant to and, perhaps, binding on the issues raised in this matter, the Court will order the parties to supplement their briefing by addressing *Williams*' holding and its application, if any, to Plaintiff's claims.

Therefore, IT IS ORDERED that on or before **February 1, 2012**, the Plaintiff and Defendants shall each file a supplemental brief, no longer than five pages, addressing only the issues identified in this order.

Dated this 18th day of January, 2012, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge