IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00200-PAB-MEH

JOE BROWN,

      Plaintiff,

v.

MR. HENDRICKS, and
MR. SHORTNER,

      Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2013.**

      Defendant Hendricks' Motion to Strike Amended Complaint [filed April 12, 2013; docket #109] is **granted in part and denied in part**. The Court agrees that, construing the *pro se* pleading liberally, the Second Amended Complaint filed November 8, 2012 fails to comply with Fed. R. Civ. P. 8(a) by failing to contain a "short and plain statement of the claim showing that the [Plaintiff] is entitled to relief." Rather, the pleading contains primarily legal argument and reads like a response brief to a motion to dismiss.

      Due to the age of this case and the prior difficulties in contacting the Plaintiff and effecting service of process in this case, the Court is understandably reluctant to permit another round of amendments to the pleadings. However, the Court must agree with Defendant Hendricks that responding to the operative pleading in its current form in accordance with the federal rules of civil procedure would be more than problematic.

      Therefore, the Court orders that the following portions of the Plaintiff's Second Amended Complaint, found at docket #89, are **stricken** as immaterial:[1] (1) the section with the heading, "Federal Rules of Civil Procedures Rule-38 Jury Trial Demand" starting on page 2 and continuing through page 4; (2) the first paragraph of the section with the heading, "Federal Rules of Civil Procedures-Rule 8 Pleading" on page 4; (3) the last sentence of the first paragraph of the section with the heading, "Statement of Claims," which is a quote from a previous order (in brackets on page 5); and (4) the second paragraph of the section with the heading, "Statement of Claims" starting

---

      [1]The Court clarifies that this order pertains only to the operative pleading. Nothing in this order prohibits the Plaintiff from raising legal and factual arguments as appropriate in prosecuting his claims or responding to dispositive motions.

"your honor" and ending with an introduction to the Plaintiff's quoted statement (the statement itself is not stricken).  *See* docket #89.

Defendant Hendricks shall file an answer or other response to the Second Amended Complaint, as modified, on or before May 3, 2013.